## PELUSO & TOUGER, LLP
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
June 29, 2020
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/20
```

Re:   United States v. Anthony Melo,
      19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo would most respectfully request permission to leave his home and go to his grandmother's house located at 609 West 196 Street. #3F, New York, New York 10040 on July 4th from 4:00PM to 8:00PM. This would be the first ] Granted
time he has been able to see his grandmother in months due to the pandemic. His grandmother cannot come to his house because she is afraid to venture outside due to the pandemic. The only people in attendance at the dinner will be Anthony, his mother and his brother and sister. I have contacted his Pre-Trial Officer, Keyana Pompey and she is opposed to his request because it is office policy to oppose any social requests for an individual who is on home detention. I respectfully beg the Court to allow the visit any way as this is the only way Anthony can see his grandmother as she cannot venture outside due to the pandemic. We are in unique times and I ask the Court to show Anthony some mercy and allow him to make this visit.

His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. I attempted to contact AUSA Jacob Warren but was unable to reach him. Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,
*David Touger*
David Touger

cc: AUSA Jacob Warren
    Pre-Trial Services Officer Pompey

*Kimba M. Wood*   6/30/20
SO ORDERED