## PELUSO & TOUGER, LLP
### 70 LAFAYETTE STREET
### NEW YORK, NEW YORK 10013
### PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:

August 6, 2020

Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/20
```

Re:  United States v. Anthony Melo,
     19 Cr 821 (KMW)

Your Honor,

**MEMO ENDORSED**

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo's brother was to begin his Marine service career on August 22nd however, the family just got notice that the date has been moved up to Monday, August 10th. Thus, his family is planning a goodbye party for him in Soundview Park in the Bronx on Saturday, August 8th to be attended by various members of the family. The party is being held outdoors so that it can be conducted safely with Covid 19 protocols in effect. Mr. Melo would most respectfully request permission to leave his home and attend this farewell from 11:00am until 8:00pm. I know this is a long time but this is because he wants to help his mother with the setup and cleanup of the party. I understand that it is unusual for home detainees to be allowed out to attend a social gathering but this is for a very unique reason, his brother is joining the marines and Mr. Melo probably will not get to see him again for quite some time because of the ramifications of this case. Thus, I respectfully beg the Court to allow Mr. Melo to attend the send off. We are in unique times and I ask the Court to show Anthony some mercy and allow him to attend. I contacted his Pre-Trial Officer, Keyana Pompey and the Government but have not received a response from either party.

*Granted KMW*

Honorable Kimba Wood
August 6, 2020
Page 2 of 2

His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,

*David Touger*

David Touger

cc: AUSA Jacob Warren
    Pre-Trial Services Officer Pompey

8/7/20

SO ORDERED, N.Y., N.Y.

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.