**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/20

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
November 18, 2020
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Melo,
       19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo would most respectfully request permission to leave his home and go to his grandmother's house located at 609 West 196 Street. #3F, New York, New York 10040 on Thursday, November 26th from 8:00AM to 12:00AM. The family is holding a very small family gathering to celebrate Thanksgiving. His grandmother cannot come to his house because she is afraid to venture outside due to the pandemic. The only people in attendance at the gathering will be Anthony, his mother, his brother and sister and her children. The reason he needs to go early is he would be helping his grandmother cook. I understand that we are in a Covid crisis but this is a small gathering with people who have been seeing each other so the risk of Covid spread is small. I have reached out to the Government and his Pre-Trial Officer, Keyana Pompey and neither has an objection to this request.

*Granted KMW*

His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,
*David Touger*
David Touger

SO ORDERED:  N.Y., N.Y.  11/19/20

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.