USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 12/30/20

**MEMO ENDORSED**

BY ECF:
December 16, 2020

Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Anthony Melo,
      19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo would most respectfully request permission to leave his home and go to his grandmother's house located at 609 West 196 Street. #3F, New York, New York 10040 on Christmas Eve from 4:00pm until 1:00AM. His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. The people attending the gathering are only his immediate family and have been in the same Covid pod for the past 9 months. I have reached out to the Government but have not gotten a response. I have reached out to his pre-trial officer and she has no position. The Court has granted these applications in the past and there have been no problems. Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

*[handwritten annotation: granted]*

Respectfully yours,

David Touger

*[handwritten: The Court grants the defendant's request, but with the hours of 4p.m. to 10p.m.]*

SO ORDERED:  N.Y., N.Y.  12/23/20

*/s/ Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.