USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _03/19/21_____

***PELUSO & TOUGER, LLP***
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
March 18, 2021
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:     United States v. Anthony Melo,
        19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo would most respectfully request permission to leave his home and go to his great grandfather's funeral at the First Avenue Funeral Home located at 349 East 116 Street in Manhattan on Saturday, March 20th from 2:00PM to 9:00PM. I apologize for the emergent notice of this application. I understand that we are in a Covid crisis, but this is a small gathering with people who have been seeing each other so the risk of Covid spread is small. I have reached out to the Government and his Pre-Trial Officer, Keyana Pompey but have not gotten a response from them. I respectfully beg the Court to allow the visit so that Anthony can pay his respects to this patriarch of the family. We are in unique times and I ask the Court to show Anthony some mercy and allow him to make this visit. Mr. Melo has been allowed out on previous family occasions and Mr. Melo has always returned home in a timely fashion and never deviated from the rules governing his release.

**Granted - KMW**

His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. Thus, I would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

**SO ORDERED.**

**Dated:  March 19, 2021**
**New York, NY**

         */s/ Kimba M. Wood*
**THE HONORABLE KIMBA M. WOOD**
**UNITED STATES DISTRICT JUDGE**