# M E M O R A N D U M

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/21
```

TO:   HONORABLE KIMBA M. WOOD
      United States District Judge

FROM: KEYANA POMPEY
      United States Pretrial Services Officer

RE: **Melo, Anthony**

DOCKET #: <u>19-CR-00821-KMW-8</u>

The attached memorandum prepared by Supervising Pretrial Services Officer

 Keyana Pompey    (212) 805-4342

will present to Your Honor significant details about the Bail Conditions which were imposed on the above-named defendant.

We are requesting direction from the court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[  ] I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by the Court at this time.

[✓] Please inform all parties concerned that I will conduct a Bail Review Hearing on <u>April 12, 2021</u> at <u>11:30 a.m.</u>
         DATE       TIME

[  ] I direct that a bench warrant be issued for the defendant in this matter.

[  ] Bail is modified as requested. See comments below:

[  ] So ordered */s/ Kimba M. Wood*

COMMENTS:

*The Court will post dial-in information for the remote bail hearing in a separate order.*