UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/21
```

    -against-

ANTHONY MELO,

                  Defendant.
-----------------------------------------------------------x

ORDER
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote bail hearing on April 12, 2021, at 11:30 a.m. Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 517428643. All members of the press and public must join the conference with their telephones on mute.

SO ORDERED.

Dated: New York, New York
      ~~March~~ April 5, 2021

                                                                       Kimba M. Wood
                                                                  KIMBA M. WOOD
                                                    UNITED STATES DISTRICT JUDGE