**PELUSO & TOUGER, LLP**
*70 LAFAYETTE STREET*
*NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _11/18/21_ |

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

BY ECF:
November 18, 2021
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:    United States v. Anthony Melo,
       19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Mr. Melo would most respectfully request permission to leave his home and go to his grandmother's house located at 609 West 196 Street, #3F, New York, New York 10040 for Thanksgiving and Christmas Day from 8:00AM until 8:00PM to celebrate the holidays with his grandmother who 101 years old. As the Court is aware Mr. Melo is scheduled to be sentenced on January 10, 2022. Mr. Melo is facing a possible jail sentence so this maybe the last holidays he gets to celebrate with his grandmother. His grandmother cannot come to his house due to her age and condition. The only people in attendance at the gathering will be Anthony, his mother, his brother and sister and her children. I understand that we are in a Covid crisis but this is a small gathering with people who have been seeing each other so the risk of Covid spread is small. I have reached out to the Government and his Pre-Trial Officer, Keyana Pompey and they object to Mr. Melo attending the gathering because it is the office policy of Pre-Trial Services that they do not consent to social visits. I respectfully beg the Court to allow the visit as this is the only way Anthony can see his grandmother as she cannot venture outside due to the pandemic. We are in unique times and I ask the Court to show Anthony some mercy and allow him to make this visit.

Ms. Pompey also does not consent to allowing Anthony to go because Anthony left his home 20 minutes early on the date of his plea because he did not want to take a chance of being late to Court. This was explained to Ms. Pompey but she felt it was still a violation of his home detention.

Honorable Kimba Wood
November 17, 2021
Page 2 of 2

His mother who was appointed by the Court as a Third Party Guardian will be with him the
entire time.  Thus, I would respectfully request that the Court grant the above request.
Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

**SO ORDERED:  N.Y., N.Y.** 11/18/21

**KIMBA M. WOOD**
**U.S.D.J.**