USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/21

**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
December 16, 2021
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Melo,
      19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. Last month the Court approved both a Thanksgiving and Christmas Day visit for Mr. Melo with his family. The Thanksgiving Day visit was completed without any complications. Unfortunately, I made a mistake when requesting Mr. Melo's Christmas visit. I asked for Christmas Day when in fact Mr. Melo had requested Christmas Eve. Thus, I would respectfully request that the Court amend the approval already granted for Christmas Day to be changed to Christmas Eve from 9:00AM until 9:00PM as that is when Mr. Melo's family celebrates Christmas. The gathering is still being held at his grandmother's house located at 609 West 196 Street, #3F, New York, New York 10040. His mother who was appointed by the Court as a Third-Party Guardian will be with him the entire time.

*KMW Granted*

I apologize for my error and would respectfully request that the Court grant the above request. Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

SO ORDERED, N.Y., N.Y. 12/20/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.