**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
December 20, 2021

Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21
```

Re:   United States v. Anthony Melo,
      19 Cr 821 (KMW)

Your Honor,

I am writing on behalf of the defendant, Anthony Melo who as the Court is aware, is released on a $100,000.00 Bond, co-signed by three members of his family and is on home detention with electronic monitoring. Since his release from custody Mr. Melo has fulfilled all of pre-trial release requirements. As the Court also knows Mr. Melo's grandmother passed away this past weekend and the funeral is set for Thursday from 3:00pm to 8:00pm at the Ortiz Funeral Home located at 4425 Broadway, New York, New York 10040. I respectfully beg the Court to allow Anthony to attend the funeral and be with his family during this very sad and emotional moment.

His mother who was appointed by the Court as a Third Party Guardian will be with him the entire time. Thus, I would respectfully request that the Court allow Mr. Melo to leave his house at 1:30PM and return at 5:00pm to allow for travel time. Thank you very much for your consideration of this matter

Respectfully yours,

David Touger

*The Court approves this request, so long as Pretrial and the AUSA consent.*

Kimba M. Wood  12/21/21
SO ORDERED