USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 1/3/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA

-against

ANTHONY MELO,

Defendant.
---------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for January 10, 2022, is adjourned to February 2, 2022, at 10:30 a.m., as an in-person sentencing. Defendant's submission is due by January 19, 2022. Government submission is due by January 26, 2022.

SO ORDERED.

Dated: New York, New York
January 3, 2022

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE