UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

            -against-

ANTHONY MELO,

                             Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

       Sentencing currently scheduled for February 2, 2022, is adjourned to March 9, 2022, at 10:00 a.m. Defendant's submission is due by February 23, 2022. Government submission is due by March 2, 2022.

       SO ORDERED.

Dated: New York, New York
          January 19, 2022

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/22