UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

ANTHONY MELO,

                              Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/22

KIMBA M. WOOD, District Judge:

    The Court will hold a telephone conference in the above-captioned case on Thursday, July 14, 2022, at 11:00 a.m. To join the conference, the parties should dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
         July 6, 2022

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE