UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/22

    -against-

ANTHONY MELO,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference in the above-captioned case on Thursday, September 29, 2022, at 11:30 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
        September 20, 2022

                                              */s/ Kimba M. Wood*
                                              KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE