UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

ANTHONY MELO,

                             Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote teleconference on Thursday, October 27, 2022, at 10:00 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
         October 17, 2022

                                          /s/ Kimba M. Wood
                                          KIMBA M. WOOD
                            UNITED STATES DISTRICT JUDGE