UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/22
```

      -against-

ANTHONY MELO,

                      Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Thursday, December 1, 2022, at 10:30 a.m.

To join the conference, the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

    SO ORDERED.

Dated: New York, New York
         November 15, 2022

                                    */s/ Kimba M. Wood*
                                    KIMBA M. WOOD
                         UNITED STATES DISTRICT JUDGE