UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

ANTHONY MELO,

                           Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/23

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference on Tuesday, January 24, 2023, at 11:00 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
       January 17, 2023

                                            /s/ Kimba M. Wood
                                            KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE