UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ANTHONY MELO,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/23

KIMBA M. WOOD, District Judge:

The Court will hold a teleconference on Tuesday, February 14, 2023, at 11:30 a.m. To join the conference, the parties shall dial 1-888-363-4749 and enter access code 1613818.

SO ORDERED.

Dated: New York, New York
       February 6, 2023

                                                   /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE