UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
UNITED STATES OF AMERICA



      -against-

ANTHONY MELO,

                      Defendant.
-----------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Tuesday, April 18, 2023, at 11:30 a.m. To join the call the parties shall dial 1-888-363-4749 and enter Access Code 1613818.

      SO ORDERED.

Dated: New York, New York
       April 11, 2023

                                                  _/s/ Kimba M. Wood_
                                                  KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE