UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

      -against-

ANTHONY MELO,

                       Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

      The conference on the violation of supervised release, currently scheduled for July 5, 2023, is adjourned to Wednesday, July 12, 2023, at 2:30 p.m.

      SO ORDERED.

Dated: New York, New York
         July 5, 2023

                                              KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE