UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

ANTHONY MELO,

                               Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 821 (KMW)

KIMBA M. WOOD, District Judge:

    The Court appoints CJA attorney David Touger to represent the above-captioned defendant in his violation of supervised release proceedings.

    SO ORDERED.

Dated: New York, New York
       July 12, 2023

                                              /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE