USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 20, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

           -against-

Anthony Melo,
                 Defendant.
------------------------------------------------------------X

**19 Cr. 821 (KMW)**

**ORDER OF REMAND**

KIMBA M. WOOD, United States District Judge:

    The Court recognizes that Mr. Touger is on vacation, and that he has requested ten days to respond to the Government's position. However, the Court's decision earlier today to allow Mr. Touger until July 24 to respond was premised on the Court's misapprehension that Mr. Touger had not yet had sufficient time to consider the government's position. Given that Mr. Touger has had sufficient time to do so:

    The Court finds that defendant Anthony Melo has violated his conditions of release and that there is no condition or combinations of conditions that will reasonably assure his appearance or the safety of the community. The defendant, Anthony Melo, Reg. # 87486-054, shall surrender to the United States Marshals Service on the 4th Floor of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, no later than 10:00 a.m. on Friday, July 21, 2023. The Court will consider any filing by defense counsel seeking defendant's release.

SO ORDERED.

Dated: New York, New York
       July 20, 2023

                                                /s/ Kimba M. Wood
                                                  Kimba M. Wood
                                          United States District Judge