```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 21, 2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
United States of America,

                          -against-

Anthony Melo,
                          Defendant.
-------------------------------------------------------------X

**19 Cr. 821 (KMW)**

**ORDER**

KIMBA M. WOOD, United States District Judge:

       The Court has reviewed Mr. Touger's email, and has considered the defense's contentions that Mr. Melo "had been through great turmoil throughout his life," "still bears those scars," and that he "has trust issues especially with authority figures."

       These contentions do not negate the danger to the community or his risk of flight.

       The Court's decision is not based on the events of July 18, 2023, which will be the subject of a *Fatico* hearing, the schedule for which was discussed at the last conference.

SO ORDERED.

Dated:  New York, New York
          July 21, 2023

                                                       */s/ Kimba M. Wood*
                                                         Kimba M. Wood
                                                 United States District Judge