**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/23

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

BY ECF:
August 22, 2023
Honorable Kimba Wood
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Anthony Melo,
      19 Cr 821 (KMW)

Your Honor,

I most respectfully request that the Court issue an Order appointing me to represent the above defendant in his current VSOR case pertaining to the above indictment. I would request that the Order be issued nunc pro tunc to July 12th.   **Granted**

Thank you very much for your consideration of this matter.

Respectfully yours,

David Touger

SO ORDERED: N.Y., N.Y.  8/23/23

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.